**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ULTIMAX CEMENT MANUFACTURING CORP., et al. | Case No. SA CV 02-578 AHS |
| Plaintiffs, | |
| v. | JUDGMENT |
| CTS CEMENT MANUFACTURING CORP., et al. | |
| Defendants. | |

Plaintiffs' motions for summary judgment against defendants and defendants' motions for summary judgment against plaintiffs having come on regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matters having duly been heard and considered and decisions having been duly rendered by the Court's orders of December 6, 2004, and January 24, 2008,

//

//

//

1       IT IS ORDERED AND ADJUDGED that judgment is entered for

2  defendants and against plaintiffs.  Plaintiffs take nothing

3  against defendants in this action and defendants shall recover

4  their costs of suit.

5       DATED:  January 24, 2008.

6

7

8                          ALICEMARIE H. STOTLER
                      _____
9                          ALICEMARIE H. STOTLER
                      CHIEF U.S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2