1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ULTIMAX CEMENT MANUFACTURING CORP., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CTS CEMENT MANUFACTURING CORP., et al.,<br><br>   Defendants. | Case No. SA CV 02-578 AHS<br><br><br><br><br><br>CORRECTED JUDGMENT |

   Defendants' motions for summary judgment on plaintiffs' Second Amended Complaint and plaintiffs' motions for summary judgment on the counterclaim of defendants/counterclaimants having come before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matters having been heard and considered, and decisions having been duly rendered by the Court's orders of December 6, 2004, September 10, 2007, January 24, 2008, and March 24, 2008,

   IT IS ORDERED AND ADJUDGED that judgment is entered for defendants and against plaintiffs on the Second Amended

1  Complaint.
2         IT IS FURTHER ORDERED AND ADJUDGED that judgment is
3  entered in favor of counterdefendants and against the
4  counterclaim of CTS Cement Manufacturing Corp. and
5  counterclaimant takes nothing against counterdefendants.
6         IT IS FURTHER ADJUDGED that plaintiffs take nothing
7  against defendants in this action and defendants shall recover
8  their costs of suit.
9         DATED:  March 24, 2008.

*ALICEMARIE H. STOTLER*

ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE

O:\ECF Ready\CV, 02-578 corrected Judgment.wpd

2