UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTIMAX CEMENT MANUFACTURING CORP., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CTS CEMENT MANUFACTURING CORP. d/b/a CTS CEMENT MANUFACTURING CO., et al.,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM<br>_____ | CASE NO. SACV 02-578 AG (ANx)<br><br>JUDGMENT |

    Following a jury trial of this matter on September 13, 14, 16, 20, 21, 22, 23, 27, 28, 29, and 30, 2011, and October 4, 5, 6, 7, 11, 12, 13, 14, 18, 19, and 20, 2011, the jury was unable to reach a verdict. Defendants CTS Cement Manufacturing Corporation, Edward K. Rice, Grupo Cementos de Chihuahua, Blue Daisy Cement Products, Inc., A & A Ready Mix Concrete, Inc., Sir-Mix Concrete Products, Inc., and White Cap Industries, Inc., (together, "Defendants") moved for judgment as a matter of law, under Rule 50 of the Federal Rules of Civil Procedure, on issues of shop right, co-inventorship, and non-infringement, and also moved for judgment as a matter of law on the grounds of laches, equitable estoppel, and obviousness ("Defendants' Motions"). Defendants' Motions came on regularly for hearing before the Court on April 16, 2012, the Honorable Andrew J. Guilford presiding. On April 20, 2012, the Court issued its Order

1  Granting Defendants' Motion for Judgment as a Matter of Law on Shop Right and Granting
2  Defendants' Motion for Judgment as a Matter of Law on Laches and Estoppel.  The parties'
3  remaining motions were denied as moot.
4      IT IS THEREFORE ORDERED AND ADJUDGED THAT:
5    1.  Judgment is entered for Defendants and against Plaintiffs Ultimax Cement
6  Manufacturing Corporation, Hassan Kunbargi, KA Group, and Heartland Cement
7  Sales Company (together, "Plaintiffs").  Plaintiffs shall take nothing against
8  Defendants.
9    2.  Defendants' Counter-Claim for Invalidity, Unenforceability, and Non-
10 Infringement is dismissed as moot.
11   3.  Defendants may recover costs of suit from Ultimax Cement Manufacturing
12 Corporation, Hassan Kunbargi, and KA Group, but Defendants may not recover
13 costs of suit from Heartland Cement Sales Company.

16 DATED: July 9, 2012

_____
Andrew J. Guilford
United States District Judge